# UNITED STATES DISTRICT COURT

for the

District of _____

_____ Division

RECEIVED

JUL 17 2023

U.S. District Court
Middle District of TN

|  |  |
|---|---|
| Heather Neisen | ) Case No. _____ |
| _____ | ) (to be filled in by the Clerk's Office) |
| **Plaintiff(s)** | ) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) Jury Trial: (check one) ☒ Yes ☐ No |
| -v- | ) |
|  | ) |
|  | ) |
|  | ) |
| Matthew Rohmfeld, Allison Renfro, Rutherford County Courts, State of Tennessee | ) |
| _____ | ) |
| **Defendant(s)** | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Heather Neisen and minors (C.H.R., K.H.R., M.H.R.) |
| Street Address | 3319 Edmondson Ct. |
| City and County | Murfreesboro, Rutherford |
| State and Zip Code | TN, 37129 |
| Telephone Number | 281-804-5203 |
| E-mail Address | H.Neisen@yahoo.com |

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Matthew Rohmfeld |
| Job or Title *(if known)* | |
| Street Address | 13734 Captain Kidd Dr. |
| City and County | Corpus Christi, Nueces |
| State and Zip Code | TX 78418 |
| Telephone Number | 361-244-0665 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Allison Renfro Rattan |
| Job or Title *(if known)* | Attorney |
| Street Address | 119 N. Maple St. |
| City and County | Murfreesboro, Rutherford |
| State and Zip Code | TN, 37130 |
| Telephone Number | 615-890-3656 |
| E-mail Address *(if known)* | refroatty@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | Rutherford County Court |
| Job or Title *(if known)* | |
| Street Address | 116 W. Lytle St., Room 106 |
| City and County | Murfreesboro, Rutherford |
| State and Zip Code | TN, 37130 |
| Telephone Number | 615-898-7820 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | State of Tennessee Government |
| Job or Title *(if known)* | State Government |
| Street Address | 710 James Robertson Pkwy. |
| City and County | Nashville, Davidson |
| State and Zip Code | TN, 37219 |
| Telephone Number | 615-741-3011 |

E-mail Address *(if known)* _____

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question               ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 18, U.S.C., Section 241 - Conspiracy Against Rights
This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).
It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.
Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law
This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.
This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.
Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.
Title 42, U.S.C., Section 14141 - Pattern and Practice
This civil statute was a provision within the Crime Control Act of 1994 and makes it unlawful for any governmental authority, or agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.
Whenever the Attorney General has reasonable cause to believe that a violation has occurred, the Attorney General, for or in the name of the United States, may in a civil action obtain appropriate equitable and declaratory relief to eliminate the pattern or practice.
Types of misconduct covered include, among other things:
1. Excessive Force
2. Discriminatory Harassment
3. False Arrest
4. Coercive Sexual Conduct
5. Unlawful Stops, Searches, or Arrests

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Heather Neisen, C.H.R., K.H.R., M.H.R. , is a citizen of the State of *(name)* Tennessee .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)* _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*    Allison Renfro/Matthew Rohmfeld    , is a citizen of

        the State of *(name)*    Tennessee/Texas    . Or is a citizen of

        *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)*    Rutherford County & TN Gov.    , is incorporated under

        the laws of the State of *(name)*    Tennessee    , and has its

        principal place of business in the State of *(name)*    Tennessee    .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)*    Government buildings    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Unjust, vexatious litigation has resulted in monetary losses of over $50,000. Loss of wages and work has occurred through malicious litigation and litigation where the state of Tennessee had no jurisdiction. Children and Plaintiff Constitutional rights have been intently and viciously infringed upon. Judicial malice, unethical practices, and biases have occurred. Children have been trafficked and abducted unter the color of law.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Attachments included.

Rutherford County has unnecessarily and unlawfully litigated on a case when another state had jurisdiction. Allison Renfro deliberately ignored Judge orders to work on moving jurisdiction and continued fraudulent and malicious filings. Allison continued unethical practices after receiving complaints to the Board of Conduct as retaliation. Rutherford County Judicial representatives have performed maliciously and unethically in court, causing abduction and further trafficking of children under the color of law. Plaintiff was denied due process and silenced from speaking about the case. Children have been subjected to irreparable harm and denied treatment as a result.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks monetary restitution for ongoing vexatious litigation, imprisonment of one year for defendents 1 & 2 and fine of $50,000 for patterns of unethical practice and 10 years inprisonment for involvement in kidnapping under the color of law. All defendents guilty of Conspiracy against rights and deprivation of rights shall receive an additional 10 years inprisonment and pay $100,000 restitution to each of the 4 plaintiffs. Defendant Rohmfeld shall pay monetary restitution for evasion of child support payments in the amount of $96,000, plus $10,000 going directly to the minor children's established BoA savings accounts.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.       For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12/01/2022

Signature of Plaintiff

Printed Name of Plaintiff          Heather Neisen

### B.       For Attorneys

Date of signing:        12/01/2022

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Street Address                 _____
State and Zip Code             _____
Telephone Number               _____
E-mail Address                 _____

3319 Edmondson Ct.
Murfreesboro, TN 37129

NASHVILLE.TN 370

01 JUL 2023 PM 4 L

FOREVER / USA

RECEIVED

JUL 17 2023

U.S. District Court
Middle District of TN

United States District Court
801 Broadway, Unit 800
Nashville, TN 37203

37203-386900